# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00266-CV

**Munson Park, Ltd., Appellant**

**v.**

**City of Austin, Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-06-001196, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Munson Park, Ltd. no longer wishes to pursue its appeal and has filed a motion to dismiss that appellee City of Austin, Texas does not oppose. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   January 8, 2009